# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRUCE G. FAGEL, A LAW
CORPORATION, A/K/A LAW OFFICES
OF BRUCE G. FAGEL & ASSOCIATES,
A CALIFORNIA CORPORATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JERRY A. WIESE, DISTRICT JUDGE,
Respondents,
and
DARIA HARPER, AN INDIVIDUAL;
AND DANIEL WININGER, AN
INDIVIDUAL,
Real Parties in Interest.

No. 83410

FILED

OCT 15, 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of prohibition challenges a district court order denying, without an evidentiary hearing, a motion to dismiss for lack of personal jurisdiction. Having considered the petition and its supporting documentation, we are not persuaded on this record that our extraordinary and discretionary intervention is warranted at this time. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ

21-29662

relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Hardesty

_____, J.          _____, Sr.J.
Stiglich                      Gibbons

cc:    Hon. Jerry A. Wiese, District Judge
       Hall Jaffe & Clayton, LLP
       Maier Gutierrez & Associates
       Blumberg Law Corporation
       Eighth District Court Clerk

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.